FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 12 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

11-CV-00964-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZI XIANG ZHEN, | ) |
| Petitioner, | ) CASE NO. C11-0964-JLR |
| v. | ) ORDER OF DISMISSAL |
| ERIC HOLDER, JR., Attorney General of the United States, et al., | ) |
| Respondents. | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 6) Respondents' Return and Status Report (Dkt. No. 12) the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas petition (Dkt. No. 6) is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 12th day of August, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1